Gary E. Jubber, Trustee (1758)
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323
Telephone: (801) 531-8900

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| In re | ) | Bankruptcy No. 09-20310 WTT |
|---|---|---|
| | ) | Chapter 7 |
| GUY MORGAN GALLI and | ) | |
| NATALIE ANN GALLI, | ) | **DEPOSIT OF** |
| | ) | **UNCLAIMED FUNDS** |
| Debtors. | ) | |
| | ) | |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1. On November 30, 2009, the following check was issued in the following amount:

| Check No. | Creditor/Address | Check Amount |
|---|---|---|
| 104 | Wells Fargo Bank N.A.<br>MAC S4101-08C<br>100 West Washington Street<br>Phoenix, AZ 85003 | $ 62.92 |
| 107 | Wells Fargo Bank N.A.<br>MAC S4101-08C<br>100 West Washington Street<br>Phoenix, AZ 85003 | $137.51 |



      110          Wells Fargo Bank N.A.          $338.83
                    MAC S4101-08C
                    100 West Washington Street
                    Phoenix, AZ 85003

2. Said checks have not been submitted for payment, and more than 90 days have elapsed since issuance of said checks.

3. The Trustee has stopped payment on said checks.

4. The unclaimed funds are on deposit in JPMORGAN CHASE BANK, Account No. 312231795466.

5. The last known name and address of payee, to which the check was sent, is listed above.

6. A check in the amount of $539.26 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court, and is attached hereto.

DATED this ____ day of March, 2010.

                                                Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March, 2010, I served the foregoing Deposit of Unclaimed Funds upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

        U.S. Trustees Office
        Ken Garff Building
        405 S. Main Street
        Suite 300
        Salt Lake City, UT 84111

_____